**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
WATERSCAPE RESORT LLC, et al.,

                Plaintiffs,

                -against-

70 WEST 45TH STREET HOLDING LLC,

                Defendant.

-------------------------------------------------------------x

21-CV-7350 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 51. Based upon the representations made by the parties in ECF 51, the Court concludes that a settlement conference would not be productive at this time. If the parties wish to schedule a settlement conference that includes the Lenders, Chang Hwa Commercial Bank, Ltd. and Hua Nan Commercial Bank, Ltd., they may file their request in a joint letter to the Court.

    **SO ORDERED.**

Dated: October 5, 2022
       New York, New York

                                     _s/ Ona T. Wang_
                                      **Ona T. Wang**
                                      United States Magistrate Judge