UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WATERSCAPE RESORT LLC ET AL.,

                                 Plaintiffs,

-v-

70 WEST 45TH STREET HOLDING LLC ET AL.,

                                 Defendants.

21 Civ. 7350 (PAE) (OTW)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On May 23, 2023, defendants requested an informal conference to resolve a discovery dispute. Dkt. 69. Pursuant to the Court's Individual Rules and Practices, plaintiffs were to respond within three business days. As plaintiffs have not filed a response, the Court directs that plaintiffs file, no later than June 2, 2023, a response to the discovery dispute in accordance with the Court's Individual Rules and Practices or a letter confirming that they decline to respond. The Court will thereafter resolve the dispute based on the parties' submissions.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: May 31, 2023
        New York, New York