UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WATERSCAPE RESORT LLC; ASSA REALTY LLC;
and GEMSTONE GROUP LLC,

                                 Plaintiffs,

                    -v-

70 WEST 45th STREET HOLDING LLC and
WATERSCAPE RESORT II LLC,

                                Defendants.
------------------------------------------------------------------X

21 Civ. 7350 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

As stated in today's conference, the Court directs the parties to promptly confer and schedule the outstanding depositions in this case. The next case management conference is scheduled for October 24, 2023 at 2 p.m. Any party wishing to move for summary judgment is directed to, no later than October 10, 2023, file a pre-motion letter in accordance with the Court's Individual Rules and Practices in order to request that the Court treat the conference as a pre-motion conference. Responses to any pre-motion letters are due by October 17, 2023.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                             Paul A. Engelmayer
                                                             United States District Judge

Dated: July 19, 2023
       New York, New York