**LAW OFFICE OF ROBERT M. KAPLAN**
**4 WESTFIELD CIRCLE**
**WHITE PLAINS, NEW YORK 10605**
**(914) 815-1448**
**rkaplan8182@gmail.com**

October 23, 2023

**BY ECF**

Judge Arun Subramanian
United States District Judge,
   Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Waterscape Resort LLC v. 70 West 45th Street Holding LLC, 21 Civ. 07350</u>

Dear Judge Subramanian:

    I represent the plaintiffs in this action, which is scheduled for a case management conference tomorrow (October 24). I respectfully request that this conference be conducted remotely, as I have two personal matters to attend to tomorrow. Defendants have been consulted and do not object to this request.

                              Respectfully submitted,

                              /s/
                              Robert M. Kaplan