UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERSCAPE RESORT LLC, et al.,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>70 WEST 45TH STREET HOLDING LLC, et al.,<br><br>                    Defendants. | 21-CV-07350 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Motions for summary judgment are due by November 15, 2023; opposition briefs are due by November 29, 2023; and replies are due December 6, 2023.

By November 7, 2023, the parties are ORDERED to file a joint letter with the Court informing the Court of two weeks between February and April 2024 during which both parties would be available for a trial.

Finally, by October 31, 2023, plaintiff's counsel should consult with plaintiff to see whether a good-faith settlement demand can be made in this case. If a good-faith demand is made, defense counsel should, by November 7, consult with defendant to see whether a good-faith response can be made.

SO ORDERED.

Dated: October 24, 2023
    New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge