UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERSCAPE RESORT LLC et al.,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>70 WEST 45TH STREET HOLDING LLC et al.,<br><br>                    Defendants. | 21-CV-07350 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hold a hearing on the pending motion for reconsideration and for partial summary judgment on Monday, May 20, 2024, at 3:00 PM in Courtroom 15A, 500 Pearl Street, New York, NY 10007. The principal decisionmaker(s) for each party must attend.

    SO ORDERED.

Dated: May 14, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge