

Jonathan E. Temchin, Partner
212.216.1139
jtemchin@tarterkrinsky.com

**The hearing will not be adjourned but Defendants' principal may attend virtually by calling: +1 646-453-4442,,191290788#. The Clerk is directed to terminate the motion at Dkt. 101.**

May 17, 2024

**SO ORDERED.**

*/s/ Arun Subramanian/*

Arun Subramanian, U.S.D.J.
Date: May 17, 2024

**BY ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:  *Waterscape Resort LLC et al. v. 70 West 45th Street Holding LLC et al.*
     Civil Action No.: 1:21-cv-07350-AS

Dear Judge Subramanian:

This office represents Defendants 70 West 45th Street Holding LLC and Waterscape Resort II, LLC (collectively, "Defendants") in the above-referenced matter. We write on behalf of Defendants and counsel for Plaintiffs Waterscape Resort LLC, Assa Realty LLC and Gemstone Group LLC (collectively, "Plaintiffs") pursuant to paragraph 3(E) for a 30-day adjournment of the hearing on the pending motion for reconsideration and for partial summary judgment presently scheduled for May 20, 2024 at 3:00 p.m.

There is good cause for the requested extension. The Court's May 14, 2024 order (ECF Dkt. No. 100) directed that a principal decisionmaker for each party attend the May 20, 2024 hearing. Defendants are subsidiaries of HNA Group Co., Ltd. ("HNA"), a Chinese conglomerate and one of the largest companies in the world with numerous subsidiaries, including in the United States. This office was retained on Defendants' behalf by an affiliated company to defend Defendants in certain lawsuits filed by Plaintiffs (and their affiliates), including this matter. Due to HNA's organizational structure and its nerve center being located in China, there is no decisionmaker authorized to make decisions on Defendants' behalf in the United States. We are attempting to identify an appropriate person within the United States to attend the hearing, but request additional time in which to do so. Plaintiff has consented to the requested adjournment. I note that I will be outside of New York and unavailable from June 3, 2024 to June 11, 2024.

In closing, we thank the Court for its consideration in this matter.

Respectfully submitted,

Jonathan E. Temchin

cc:  All Counsel of Record (BY ECF)