UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WATERSCAPE RESORT LLC et al.,

                Plaintiffs,

-against-

70 WEST 45TH STREET HOLDING LLC et al.,

                Defendants.

21-CV-07350 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    The parties should meet and confer on whether this case can be resolved via settlement. Counsel should have at least one in-person meeting that includes the principal decisionmakers for both parties. The Court will hold a hearing to discuss the status of settlement on June 11, 2024, at 12:00 PM in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    In addition, by May 24, 2024, at 5:00 PM, the parties should file a joint letter indicating which of these three weeks they prefer for trial:

- Week of July 29
- Week of August 5
- Week of August 12

    SO ORDERED.

Dated: May 21, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge