**LAW OFFICE OF ROBERT M. KAPLAN**
**4 WESTFIELD CIRCLE**
**WHITE PLAINS, NEW YORK 10605**
**(914) 815-1448**
**rkaplan8182@gmail.com**

May 30, 2024

**BY ECF**

Judge Arun Subramanian
United States District Judge,
   Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Waterscape Resort LLC v. 70 West 45th Street Holding LLC, 21 Civ. 07350</u>

Dear Judge Subramanian:

    In accordance with Your Honor's order dated May 29, 2024 (Docket No. 106), the parties are jointly writing to advise Your Honor that they are available for trial during the week of August 12, 2024.

                                                                 Respectfully submitted,

                                                                 /s/
                                                                 Robert M. Kaplan


                                                                 /s/
                                                                Jonathan E. Temchin