UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERSCAPE RESORT LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> 70 WEST 45TH STREET HOLDING LLC, et al., <br><br> Defendants. | 21-CV-07350 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Defense counsel has renewed its motion to withdraw as counsel in this case. Dkt. 109. The Court will take up this motion at the settlement conference currently set for June 11, 2024, at 12:00 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. **The principal decisionmaker(s) for both Plaintiffs and Defendants must attend this conference.**

**If the principal decisionmaker(s) for Defendants do not attend this conference, the Court may grant default judgment against Defendants.**

In addition, Defendants are reminded that this case is scheduled to go to trial on July 12, 2024. **THE COURT WILL NOT ADJOURN THAT DEADLINE, including for Defendants to find new counsel. If defense counsel is permitted to withdraw, Defendants will have to locate new counsel that are prepared to try this case the week of July 12, 2024.**

SO ORDERED.

Dated: June 7, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge