UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERSCAPE RESORT LLC et al., <br><br>　　　　　　　　Plaintiffs, <br><br>　　-against- <br><br> 70 WEST 45TH STREET HOLDING LLC et al., <br><br>　　　　　　　　Defendants. | 21-CV-07350 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Defense counsel is ordered to serve its renewed motion to withdraw (dkt. 115), along with this order, on Defendants and file proof of service on the docket by 5:00 PM on Monday, July 15, 2024. If the Court does not receive any response from Defendants by 5:00 PM on Tuesday, July 16, 2024, the Court will grant the motion to withdraw, and Defendants will have 10 days to have new counsel appear. If new defense counsel does not appear by that time, Plaintiffs may move for default judgment.

　　SO ORDERED.

Dated: July 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge