UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERSCAPE RESORT LLC et al.,<br><br>                     Plaintiffs,<br><br>-against-<br><br>70 WEST 45TH STREET HOLDING LLC et al.,<br><br>                     Defendants. | 21-CV-7350 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      In light of the filing error at Dkt. 131, the default judgment-hearing currently set for August 28, 2024, is hereby **adjourned** to September 6, 2024 at 11:00 AM. The parties should dial-in by calling: +1 646-453-4442, 887396073#.

      Plaintiffs must get a Clerk's Certificate of Default by August 27, 2024, and then refile all of their default-judgment papers.

      It is further ORDERED that Plaintiffs serve Defendants (within one business day of their filing) with (1) a copy of this Order; and (2) a copy of the refiled default-judgment motion and all accompanying papers. In each case, within **two business days of service,** Plaintiffs must file proof of such service on the docket.

      SO ORDERED.

Dated: August 23, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge