UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERSCAPE RESORT LLC et al., <br><br> Plaintiffs, <br><br> -against- <br><br> 70 WEST 45TH STREET HOLDING LLC et al., <br><br> Defendants. | 21-CV-7350 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

By Friday, September 13, 2024, Plaintiffs shall submit further briefing that explains the basis for their damages request. The parties are hereby ORDERED to appear for a hearing on damages on **Monday, September 16, 2024, at 12:00 PM**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 373 723 265, followed by the pound (#) sign. **Plaintiffs should serve defendants with this order no later than Monday, September 9, 2024 and file proof of service on the docket.**

SO ORDERED.

Dated: September 6, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge