UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERSCAPE RESORT LLC et al., <br><br> Plaintiffs, <br><br> -against- <br><br> 70 WEST 45TH STREET HOLDING LLC et al., <br><br> Defendants. | 21-cv-7350 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 The Clerk of Court is directed to terminate the motion at ECF No. 122. Plaintiffs refiled their default judgment motion at ECF No. 138 pursuant to the Court's order on August 23, 2024, ECF No. 132.

 SO ORDERED.

Dated: September 9, 2024
   New York, New York

                ARUN SUBRAMANIAN
                United States District Judge